## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02558-LTB

CRAIG ROBLEDO-VALDEZ,

    Applicant,

v.

UNITED STATES OF AMERICA,
J. DAVIS, and
SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Request for Emergency Relief" (ECF No. 29) filed on February 25, 2014, is DENIED as moot because the instant action was dismissed by order filed on February 19, 2014.

Dated:  February 27, 2014