**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02558-LTB

CRAIG ROBLEDO-VALDEZ,

    Applicant,

v.

UNITED STATES OF AMERICA,
J. DAVIS, and
SUTHERS, Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Respondents' Motion to Correct Clerical Error (ECF No. 33) is GRANTED and the Court has issued an Amended Order Denying Petition for Rehearing (ECF No. 35).

Dated:  March 19, 2014